App. Div.]                    First Department, May, 1928.

EDITH CONSTRUCTION Co., INC., and Others, Respondents, v. ELMHURST LUMBER & TRIM Co., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

HENRIETTA C. CLARE, Respondent, v. JOHN E. J. CLARE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ANNA HORN, Respondent, v. SAMUEL PLATT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SAMUEL DEUTSCH and Another, Copartners, etc., Respondents, v. HARRY BLUM and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

NUNZIO LO DRAGO, an Infant, by GUISEPPE LO DRAGO, His Guardian ad Litem, Respondent, v. L. M. NECKERMAN Co., INC., Defendant, Impleaded with CASPER HELBOCK Co., INC., Appellant.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

RICHARD BUTLER, Respondent, v. EDWARD KANE, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that defendant's evidence presented an issue of fact as to defendant's promise to pay for plaintiff's services. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

NATHAN SCHWARTZ, as Administrator, etc., of ETHEL SCHWARTZ, Deceased, Appellant, v. ALFRED A. TAYLOR, Individually and as Commissioner of the Department of Street Cleaning of the City of New York, and as Trustee and Treasurer, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

RICHARD GEORGE, Respondent, v. CORNISH ARMS HOTEL COMPANY, INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

RICHARD GEORGE, Appellant, v. CORNISH ARMS HOTEL COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ERNEST A. RIEGER, Respondent, v. IVAN SHERR and Another, Individually and as Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

DOROTHY M. WRIGHT, Appellant, Respondent, v. AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK, Respondent, Appellant.— Judgment and order affirmed, without costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ. [131 Misc. 215.]

CHRISTIAN CLAUSEN, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.